432 A.2d 247

Commonwealth v. Hammaker, Appellant.

Petition for Allowance of Appeal Denied Aug. 10, 1981.

Submitted March 21, 1980. Kevin H. Way, Assistant Public Defender, for appellant; William S. Kieser, District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence is affirmed on the comprehensive opinion of Judge Greevy.

432 A.2d 248

Commonwealth v. Harris, Appellant.

Submitted March 21, 1980. Peter A. Levin, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.